THE STATE OF OHIO, APPELLANT, *v.* BACCUS, APPELLEE.

[Cite as *State v. Baccus,* 105 Ohio St.3d 288, 2005-Ohio-1652.]

(No. 2004–2036—Submitted March 8, 2005—Decided April 20, 2005.)

{¶ 1} The discretionary appeal is accepted.

{¶ 2} The judgment of the court of appeals is reversed, and the cause is remanded to the court of appeals for application of *State v. Fraley*, 105 Ohio St.3d 13, 2004-Ohio-7110, 821 N.E.2d 995, and consideration of appellee's remaining assignments of error.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

LANZINGER, J., dissents.

Joseph T. Deters, Hamilton County Prosecuting Attorney, and Thomas J. Boychan Jr., Assistant Prosecuting Attorney, for appellant.

Benjamin, Yocum & Heather, L.L.C., and Brian A. Lee, for appellee.